No. 2, October Term, 1941. BERNARDS ET AL. *v.* JOHNSON ET AL. November 19, 1945. The motion to recall the mandate is denied.

No. 51, Misc. IN RE FRASER. November 19, 1945. The application is denied.

No. 25, Misc. SPEARS *v.* JOHNSTON, WARDEN. December 3, 1945. The motion for leave to file a petition for a writ of certiorari is denied.

No. 16, Misc. DECLOUX *v.* JOHNSTON, WARDEN, ET AL. December 3, 1945. The motion for leave to file a petition for a writ of certiorari is denied. Petitioner *pro se. Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondents.

No. 53, Misc. IN RE GUTTERMAN. December 3, 1945. The motion for leave to file a petition for a writ of mandamus is denied.

No. 54, Misc. JACKSON *v.* RAGEN, WARDEN;
No. 55, Misc. IN RE WRIGHT; and
No. 56, Misc. IN RE THUNDER. December 3, 1945. The applications are denied.

No. 49. BAILEY *v.* ANDERSON, STATE HIGHWAY COMMISSIONER. December 3, 1945. Order entered amending opinion. The petition for rehearing is denied.
Opinion reported as amended, 326 U. S. 203.

No. 558. HOUGH *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California. Decem-